**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONE 2006 MERCURY GRAND )<br>MARQUIS, VIN: 2MEFM74VX6X613166, )<br>WITH ALL APPURTENANCES AND )<br>ATTACHMENTS THEREON, and )<br>)<br>ONE THOUSAND, ONE HUNDRED )<br>SEVENTY-ONE DOLLARS ($1,171.00) )<br>U.S. CURRENCY, )<br>)<br>Defendants. ) | No. 4:11-CV-691 CAS |

## FINAL JUDGMENT AND ORDER

**WHEREAS**, all potential claimants have been given notice of this proceeding in accordance with the requirements of Supplemental Rule G of the Federal Rules of Civil Procedure, and the time for filing claims has expired;

**AND WHEREAS** a settlement agreement has been reached between the United States and Claimant Mohamud Yusuf, who is the only claimant joined in this proceeding;

**AND WHEREAS**, pursuant to that agreement, the parties have agreed to the entry of a final judgment and order of forfeiture as set forth below;

**IT IS HEREBY ORDERED** that the defendant currency in the amount of One Thousand One Hundred Seventy-One Dollars ($1,171.00) shall be forfeited to the United States of America to be disposed of according to law.

**IT IS FURTHER ORDERED** that one 2006 Mercury Grand Marquis, VIN: 2MEFM74VX6X613166, shall be returned to Mohamud Yusuf, by and through his attorney.

**IT IS FINALLY ORDERED** that each party shall bear its own costs incurred in this action.

**IT IS SO ORDERED**.

                                                 /s/ Charles A. Shaw
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  8th  day of November, 2011.